# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

TIFFANY C. SWINSON,

    Plaintiff,

v.                                                     Case No: 6:17-cv-1075-Orl-40GJK

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's appeal of a final decision of the Commissioner of Social Security's (the "Commissioner") denial of her applications for Disability Insurance Benefits and Supplemental Security Income (Doc. 1) filed on June 13, 2017. The United States Magistrate Judge has submitted a report recommending that the final decision be affirmed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 17, 2018 (Doc. 16), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's final decision is **AFFIRMED**.

3. The Clerk is **DIRECTED** to enter judgment in favor of the Commissioner and to close the file.

**DONE AND ORDERED** in Orlando, Florida on May 3, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties